ALICE NEARING, Respondent, *v.* FRANK VAN FLEET, Appellant.

*Nearing* v. *Van Fleet*, 71 Hun, 137, affirmed.
(Submitted December 8, 1896; decided December 22, 1896.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered August 9, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lewis E. Carr* for appellant.

*William H. Crane* for respondent.

Judgment affirmed, with costs. The case of *Brick* v. *Gannar* (36 Hun, 52) approved; no opinion.
All concur.

---

CHARLES S. LANEY, Respondent, *v.* ROCHESTER RAILWAY COMPANY, Appellant.

*Laney* v. *Rochester Ry. Co.*, 79 Hun, 609, affirmed.
(Argued December 8, 1896; decided December 22, 1896.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered July 5, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Charles J. Bissell* for appellant.

*Quincy Van Voorhis* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.